# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　V.<br><br>JOSE ROMERO-CHAVEZ,<br><br>　　　　　　　Defendant. | Criminal Case No. 16CR1618-L<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE** |

No objections having been filed, IT IS ORDERED that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's Plea of Guilty to count one of the Superseding Information.

DATED: November 6, 2017

　　　　　　　　　　　　　　　　M. James Lorenz
　　　　　　　　　　　　　　　　United States District Court Judge